UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON JONES,<br><br>               Petitioner,<br><br>    v.<br><br>CHARLES SCHUYLER,<br><br>               Respondent. | Case No. 2:24-cv-02916-JWH (MAR)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed. Accordingly, the Court hereby **ORDERS** as follows:

1. The findings and recommendation of the Magistrate Judge are **ACCEPTED**.

2. Judgment shall be entered **DENYING** the Petition and **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

Dated: September 30, 2024

HONORABLE JOHN W. HOLCOMB
United States District Judge