JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON JONES, | Case No. 2:24-cv-02916-JWH (MAR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CHARLES SCHUYLER, | |
| Respondent. | |

1  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The Petition is **DENIED.**
2. This action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: September 30, 2024

_____
HONORABLE JOHN W. HOLCOMB
United States District Judge